| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>**Chapter 13 Standing Trustee** | **Order Filed on February 8,<br>2017 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |
| IN RE:<br><br>   DAVID VAN GROUW | Case No.:  14-21025 SLM<br><br>Hearing Date:  2/8/2017 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 8, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  DAVID VAN GROUW

Case No.:  14-21025

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

    THIS MATTER having come before the Court on 02/08/2017 on notice to RONALD LEVINE,

ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

    then the case will be dismissed upon certification of the Standing Trustee.

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                         Case No. 14-21025-SLM
David Van Grouw                                                Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Feb 08, 2017
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2017.
db             +David Van Grouw,    22 Gionti Place,    North Haledon, NJ 07508-2816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2017 at the address(es) listed below:
          Brian E Caine    on behalf of Creditor Committee    HUDSON CITY SAVINGS BANK bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    M&T Bank, successor by merger to Hudson City Savings
           Bank dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Emmanuel J. Argentieri    on behalf of Creditor    M&T Bank, successor by merger to Hudson City
           Savings Bank bk@rgalegal.com
          James T. Shoemaker     jshoemaker@hkqpc.com
          Marie-Ann Greenberg     magecf@magtrustee.com
          Ronald I. LeVine    on behalf of Debtor David  Van Grouw ronlevinelawfirm@gmail.com
                                                                                             TOTAL: 7