UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ronald I. LeVine
210 River Street Ste. 11
Hackensack, NJ 07601
201 489-7900

| | |
|---|---|
| In Re:<br><br>DAVID VAN GROUW | Case No.: 14-21025SLM<br>Judge: Hon. Stacey Meisel<br>Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by _____M &T Bank_____, creditor,

    A hearing has been scheduled for ____November 28, 2018____, at _10:00 am_.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

I made a payment on 11/02/18 of one month of 2,181.07. I will be able to make a doublepayment by telephone on Thursday November 29, 2018 of $4,362.14. I will them make my December payment by December 25th, 2018 of 2,181.07 + a stipulation paymen(t of $4,362.14/6 )= 727.02, for at total of $2,908.09 for the next six months starting December 25th.

☐ Other **(explain your answer)**:

3.  This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.  I certify under penalty of perjury that the above is true.

Date: 11/27/2018                                           /s/David Van Grouw
                                                           Debtor's Signature

Date: _____                                      _____
                                                           Debtor's Signature

**NOTES:**

1.  Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.  Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev. 8/1/15